IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VOGT-NEM, INC., corporation, | ) ) ) | NO. CV S-05-157 GEB DAD |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER RE SETTLEMENT AND DISPOSITION |
| ROYAL INSURANCE COMPANY OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

On June 17, 2005, Defendant filed a Notice of Settlement which states this case has settled. The parties have until 4:30 p.m. on July 5, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. See L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: June 17, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge